# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 17-0012-JAK (AGR)<br>EDCV 17-0013-JAK (AGR) | Date | June 8, 2018 |
|---|---|---|---|
| Title | Christopher Lancaster v. USP Victorville, et al.<br>Christopher Lancaster v. Lt. Gabby, et al. | | |

| Present: The Honorable | John A. Kronstadt, United States District Judge | |
|---|---|---|
| Andrea Keifer | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     In Chambers: **PLAINTIFF'S VOLUNTARY DISMISSAL OF CASE NUMBER EDCV 17-0012**

On January 5, 2017, Plaintiff, a federal inmate, commenced these two civil rights cases. His factual allegations in both complaints are essentially identical. What differs are the rosters of defendants. In the first-filed case, he names USP Victorville and the United States. In the second-filed case, he names dozens of individual prison staff.

On March 3, 2018, Defendants in the first-filed case filed their pending motion to dismiss. (Dkt. No. 39 in -0012 case.)

Now before the Court is a letter filed by Plaintiff on May 29, 2018. The body of the letter, in its entirety, states: "I'm asking the Court to withdraw the Tort Claim civil complaint case no. 5:17-cv-12 in favor [of] the Bivens Complaint 5:17-cv-13. [¶] So Plaintiff would like the Court to continue with Bivens Complaint case no. 5:17-cv-13 & withdraw Tort case no. 5:17-cv-12[.]" (*Id.*, Dkt. No. 44.)

IT IS ORDERED that:

1.      the May 29, 2018 filing is construed as a Notice of Voluntary Dismissal of the -0012 case pursuant to Fed. R. Civ. P. 41(a)(1)(A), for no defendant has yet served an answer or motion for summary judgment in that case. Accordingly, case no. EDCV 17-0012-JAK (AGR) is DISMISSED without prejudice.

2.      Defendants' motion to dismiss in the same case is DENIED without prejudice AS MOOT.

Initials of Preparer     ak